**FILED**
**JUN 19 2018**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| | ) | CRIMINAL NO. 18-CR-30014-NJR |
| vs. | ) ) | |
| ROMELLO BLAND, | ) | Title 18, United States Code, |
| TREVION MCCLENDON, | ) | Sections 371, 2119, 924(c)(1)(A) |
| MARK RICHARDSON, and | ) | and 924(d) and Title 28, |
| JOSEPH DIXON | ) ) | United States Code, Section 2461(c) |
| Defendants. | ) ) | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### CONSPIRACY TO COMMIT CARJACKING

1. Beginning around March or April 2017 through and including August 3, 2017, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

**ROMELLO BLAND,**
**TREVION MCCLENDON,**
**MARK RICHARDSON, and**
**JOSEPH DIXON**

defendants herein, did combine, conspire, confederate, and agree with each other and others known and unknown to the grand jury to take motor vehicles that had been transported, shipped, and received in interstate or foreign commerce from the presence of another by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119.

**Object of the Conspiracy**

3. The object of the conspiracy was to enrich themselves by using physical force and violence to obtain vehicles and personal belongs from the victims.

**Manner and Means Used to Facilitate the Conspiracy**

4. Among the manner and means used by the defendants to carry out the object of the conspiracy were the following:

   a. Meeting together to plan the taking of motor vehicles.

   b. Obtaining and maintaining multiple firearms and ammunition to use against the victims during the course of the carjackings.

   c. Traveling together by vehicle in search of a vehicle or vehicles to take by force.

   d. Pointing the firearms at the victims and forcibly taking the vehicle and other personal belongings from the person or presence of the victims.

   e. Driving the carjacked vehicles for general transportation.

   f. Selling the carjacked vehicles and other personal belongings of the victims to others for a profit.

**Overt Acts**

5. In furtherance of the conspiracy, and to effect the illegal objects thereof, the defendants performed, participated in and did the following acts, among others, in the Southern District of Illinois:

   a. On or about July 28, 2017, BLAND, MCCLENDON, and RICHARDSON took a motor vehicle, being a 2011 Jeep Grand Cherokee, bearing Illinois registration 13231A/A, that had been transported, shipped, and received in interstate or foreign commerce from the presence of B.C. by force, violence, and intimidation with the intent to cause death and serious bodily harm, by brandishing a firearm.

   b. On or about August 1, 2017, BLAND, MCCLENDON, RICHARDSON and DIXON took a motor vehicle, being a 2013 Nissan Altima, bearing Illinois Registration R584421, that had been transported, shipped, and received in interstate or foreign commerce from the

presence of K.T. by force, violence, and intimidation, with the intent to cause death and serious bodily harm, by brandishing a firearm.

c. On or about August 1, 2017, BLAND, MCCLENDON, RICHARDSON and DIXON took a motor vehicle, being a 2009 Pontiac G8, bearing Illinois Registration AP57712, that had been transported, shipped, and received in interstate or foreign commerce from the presence of D.M. by force, violence, and intimidation, with the intent to cause death and serious bodily harm, by brandishing a firearm.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### CARJACKING

On or about July 28, 2017, in St. Clair County, within the Southern District of Illinois,

**ROMELLO BLAND,
TREVION MCCLENDON, and
MARK RICHARDSON,**

defendants herein took a motor vehicle, being a 2011 Jeep Grand Cherokee, bearing Illinois registration 13231A/A, that had been transported, shipped, and received in interstate or foreign commerce from the presence of B.C. by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119 and *Pinkerton Liability*, 328 U.S. 640, 647-48 (1946).

## COUNT 3
### CARRY AND USE OF A FIREARM DURING A CRIME OF VIOLENCE

On or about July 28, 2017, in St. Clair County, within the Southern District of Illinois,

**ROMELLO BLAND,
TREVION MCCLENDON, and
MARK RICHARDSON,**

defendants herein, did knowingly use, carry and brandish a firearm during and in relation to, and did knowingly possess in furtherance of, a crime of violence for which they may be prosecuted in a court of the United States, that is: Carjacking as named and fully described in Count 2 of this

3

Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A) and *Pinkerton Liability*, 328 U.S. 640, 647-48 (1946).

## COUNT 4
### CARJACKING

On or about August 1, 2017, in St. Clair County, within the Southern District of Illinois,

**ROMELLO BLAND,**
**TREVION MCCLENDON,**
**MARK RICHARDSON, and**
**JOSEPH DIXON**

defendants herein took a motor vehicle, being a 2013 Nissan Altima, bearing Illinois Registration R584421, that had been transported, shipped, and received in interstate or foreign commerce from the presence of K.T. by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119 and *Pinkerton Liability*, 328 U.S. 640, 647-48 (1946).

## COUNT 5
### CARRY AND USE OF A FIREARM DURING A CRIME OF VIOLENCE

On or about August 1, 2017, in St. Clair County, within the Southern District of Illinois,

**ROMELLO BLAND,**
**TREVION MCCLENDON,**
**MARK RICHARDSON, and**
**JOSEPH DIXON**

defendants herein, did knowingly use, carry and brandish a firearm during and in relation to, and did knowingly possess in furtherance of, a crime of violence for which they may be prosecuted in a court of the United States, that is: Carjacking as named and fully described in Count 4 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A) and *Pinkerton Liability*, 328 U.S. 640, 647-48 (1946).

## COUNT 6
### CARJACKING

On or about August 1, 2017, in St. Clair County, within the Southern District of Illinois,

**ROMELLO BLAND,
TREVION MCCLENDON,
MARK RICHARDSON, and
JOSEPH DIXON**

defendants herein took a motor vehicle, being a 2009 Pontiac G8, bearing Illinois Registration AP57712, that had been transported, shipped, and received in interstate or foreign commerce from the presence of D.M. by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119 and *Pinkerton Liability*, 328 U.S. 640, 647-48 (1946).

## COUNT 7
### CARRY AND USE OF A FIREARM DURING A CRIME OF VIOLENCE

On or about August 1, 2017, in St. Clair County, within the Southern District of Illinois,

**ROMELLO BLAND,
TREVION MCCLENDON,
MARK RICHARDSON, and
JOSEPH DIXON**

defendants herein, did knowingly use, carry and brandish a firearm during and in relation to, and did knowingly possess in furtherance of, a crime of violence for which they may be prosecuted in a court of the United States, that is: Carjacking as named and fully described in Count 6 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A) and *Pinkerton Liability*, 328 U.S. 640, 647-48 (1946).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Counts 1-7 of this indictment,

**ROMELLO BLAND,
TREVION MCCLENDON,**

MARK RICHARDSON, and
JOSEPH DIXON

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and any and all ammunition contained within the firearms or seized with the firearms and involved in or used in any knowing violation of 18 U.S.C. §§ 2119 and 924(c), including, but not limited to, the following:

a .40 caliber Glock, model 27, bearing serial number VNL060 and a .40 caliber Glock, model 23, bearing serial number BCKZ918, and any and all ammunition contained within the pistols or seized with the pistols.

A TRUE BILL

*/s/ Ali Summers*
ALI SUMMERS
Assistant United States Attorney

*/s/ Donald S. Boyce*
DONALD S. BOYCE
United States Attorney